UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTHFIELD INSURANCE COMPANY,

          Plaintiff,

-against-

NOA-LIOR, LLC, B.C.N. MANAGEMENT, LLC, BCN DEVELOPMENT NY, LLC, STRUCTURELINE INC., UA BUILDERS GROUP, and HENRY ALEJANDRO PINZON CUELLAR,

          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2023
```

23 Civ. 216 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's filings dated May 16, 17, and 23, 2023. ECF Nos. 55–60. On May 4, 2023, the Court ordered Plaintiff to file, *inter alia*, on the docket (1) proof of service, and (2) the Supporting Papers that were served upon Defendants (as an attachment to the proof of service) by May 24, 2023 (the "OSC"). ECF No. 54. Plaintiff's submissions, ECF Nos. 55–60, are incomplete because they do not show that Plaintiff served Defendants with Plaintiff's proposed default judgment consistent with Attachment A of the Court's Individual Practices in Civil Cases and the OSC. Accordingly, by **July 11, 2023**, Plaintiff shall file these items on the docket.

    In addition, the telephonic order to show cause hearing scheduled for June 27, 2023, is ADJOURNED to **July 25, 2023**, at **11:00 a.m.**

    SO ORDERED.

Dated: June 20, 2023
       New York, New York

                                                ANALISA TORRES
                                            United States District Judge